NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.,
*Plaintiff-Appellant,*

v.

## MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, JVC AMERICAS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, LLC, POLAROID CONSUMER ELECTRONICS, LLC, POLAROID HOLDING COMPANY, AND POLAROID CORP.,
*Defendants,*

AND

## RESEARCH IN MOTION LTD. AND RESEARCH IN MOTION CORP.,
*Defendants-Appellees.*

---

2012-1652, -1653, -1654

---

Appeals from the United States District Court for the District of Delaware in case nos. 04-CV-1436, 06-CV-0404, and 08-CV-0371, Judge Leonard P. Stark.

---

ST. CLAIR INTELLECTUAL PROP V. MATSUSHITA ELECTRIC          2
INDUST

## ON MOTION

---

## O R D E R

St. Clair Intellectual Property Consultants, Inc. moves without opposition for a 30-day extension of time, until December 13, 2012, to file its opening brief, and for a 14-day extension of time, until February 5, 2013, for Research in Motion Ltd., et al. to file their response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s21